·THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
DUFFY-McINNERNEY COMPANY, Respondent.

*People* v. *Duffy-McInnerney Co.,* 122 App. Div. 336, affirmed.
(Argued October 19, 1908 ; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered Jan-
uary 4, 1908, in favor of defendant upon the submission of a
controversy under section 1279 of the Code of Civil Procedure
as to whether the original issue to subscribers of stock of a
corporation is liable to tax under the Stock Transfer Tax Law.

*William S. Jackson, Attorney-General (Timothy I. Dillon*
of counsel), for appellant.

*James Breck Perkins* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.

---

JOHN M. PERRY, Respondent, *v.* ADELAIDE V. LOVELL,
Appellant.

*Perry* v. *Lovell,* 119 App. Div. 916, affirmed.
(Argued October 20, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 13, 1907, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term
in an action to compel performance of an alleged contract for
the sale of real property.

*C. A. Norton* for appellant.

*Ernest C. Olney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.